UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARYL CARLSON, a single individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRIMAR HOTELS OF OREGON, INC., an Oregon domestic business corporation, d/b/a its assume business name, PORTLAND NORTH COURTYARD BY MARRIOTT,<br><br>　　　　　　Defendants. | No. CV-12-5050-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO VACATE DEFAULT ORDER** |

　　　Pursuant to Federal Rule of Civil Procedure 55(c), the Court finds good cause to grant the parties' Stipulated Motion to Vacate Default Order, ECF No. 18.  Accordingly, **IT IS HEREBY ORDERED:**

　　　1.　The Stipulated Motion to Vacate Default Order, **ECF No. 18**, is **GRANTED**.

　　　2.　The Clerk's Order of Default, **ECF No. 15**, is **VACATED**.

　　　**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel.

　　　**DATED** this 15th day of April 2013.

　　　　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　Senior United States District Judge

Q:\EFS\Civil\2012\5050.stip.vacate.default.lc1.docx

**ORDER** - 1