UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARYL CARLSON, a single individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PRIMA HOTELS OF OREGON, INC., an Oregon domestic business corporation, dba its assumed name, PORTLAND NORTH HARBOR COURTYARD BY MARRIOTT,<br><br>　　　　　　　　Defendants. | No.  CV-12-5050-EFS<br><br>**ORDER GRANTING MOTION TO DISMISS** |

On September 16, 2014, Plaintiff filed a Motion for Entry of Order for Dismissal, ECF No. 35, based on the parties' settlement. Accordingly, **IT IS HEREBY ORDERED:**

**1.**　Plaintiff's Motion for Entry of Order for Dismissal, **ECF No. 35**, is **GRANTED.**

**2.**　All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.**　This file shall remain **CLOSED.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of September 2014.

　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　Senior United States District Judge

Q:\EFS\Civil\2012\5050.stip.dism..lc1.docx

ORDER - 1